Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
nlawrence@nrdc.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL,  SIERRA CLUB, THE WILDERNESS SOCIETY, SITKA CONSERVATION SOCIETY, TONGASS CONSERVATION SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br>Case No. J06-0005 CV (JWS) |

**PLAINTIFFS' NOTICE OF RELATED CASES**

Southeast Alaska Conservation
Council, et al. v. U.S. Forest Service, et al.
Case No. J06-0005 CV (JWS)

Pursuant to Local Rule 40.2, Plaintiffs hereby provide notice of related cases. This case is related to three other cases, all pending in this Court.

The present case is filed by conservation groups against the United States Forest Service, challenging the 1997 Tongass Land Management Plan Revision and one timber sale implementing that plan, the 2006 Record of Decision for the Emerald Bay Timber Sale. Some of the claims allege defects in the plan, while others allege defects specific to the Emerald Bay Timber Sale.

The three cases related to this case are *Natural Resources Defense Council, et al. v. United States Forest Service, et al.*, No. J03-029 CV (JKS) (D. Alaska) (filed Dec. 9, 2003) (pending on remand) ("*NRDC I*"), *Natural Resources Defense Council, et al. v. United States Forest Service, et al.*, No. J04-010 CV (D. Alaska) (filed March 23, 2004) (pending) ("*NRDC III*"), and *Organized Village of Kake, et al. v. United States Forest Service, et al.*, No. J04-0029 CV (JKS) (D. Alaska) (filed Nov. 5, 2004) (pending). The parties are similar but not identical. National Audubon Society is a plaintiff only in *NRDC I*. Sitka Conservation Society and Tongass Conservation Society are plaintiffs in this case but not in the three related cases. The remaining five plaintiffs in this case are also plaintiffs in all three related cases.

The claims in this case overlap substantially with those presented in *NRDC I*, *NRDC III*, and *Organized Village of Kake*. All four cases include identical claims challenging the 1997 Tongass Land Management Plan and substantially similar claims challenging site-specific timber sales implementing that plan. In addition to those claims, this case adds separate site-specific challenges to the Emerald Bay timber sale.

Southeast Alaska Conservation
Council, et al. v. U.S. Forest Service, et al.
Case No. J06-0005 CV (JWS)                -1-

Assignment of the present case to the same judge is likely to promote judicial economy. This case overlaps substantially with *NRDC I*, *NRDC III*, and *Organized Village of Kake*, and resolution of the issues by two separate judges would result in significant duplication of time and effort. The present case involves many of the same statutory provisions and regulations at issue in the three related cases. Both *Organized Village of Kake* and the present case involve issues related to market demand for timber, while both *NRDC III* and the present case include challenges to the Forest Service's public investment analysis in the relevant environmental impact statements. The benefit of assigning the present case to the same judge is that the judge is already familiar with the record and the law governing it and, accordingly, would be able to review the claims more efficiently.

Respectfully submitted this 10th day of April 2006,

/s/ Thomas S. Waldo

Thomas S. Waldo (ABA# 9007047)
Eric P. Jorgensen (ABA# 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Thomas S. Waldo, certify that on April 10, 2006, a true and correct copy of PLAINTIFFS' NOTICE OF RELATED CASE was served by first-class mail, postage prepaid to United States Forest Service, United States Department of Agriculture, Mark Rey, Dennis E. Bschor, Forrest Cole, Alberto Gonzales, and Civil Process Clerk (U.S. Attorney). Courtesy copies were served by first-class mail to Bruce Landon, Steve Silver, Amy Gurton Mead, Kevin Saxby, and Zachary Falcon.


/s/ Thomas S. Waldo
_____

Thomas S. Waldo