BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, SITKA CONSERVATION SOCIETY, TONGASS CONSERVATION SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                   Plaintiff,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>                   Defendant. | Case No. 1:06-CV-005  (JWS) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER**

    Federal defendants move for an extension of time to and including June 9, 2006, in which to file their answer or otherwise respond to the complaint. This extension is necessary

MOT. FOR EXT. OF TIME                1

because of the press of other business. Counsel for plaintiffs has authorized the undersigned to represent that this motion is unopposed.

RESPECTFULLY SUBMITTED this 30th day of May, 2006, at Anchorage, Alaska.

S/ Bruce M. Landon

BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

‍

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on this 30th day of May , 2006, a copy of the foregoing was served electronically to:
Thomas Waldo
Nathanial Lawrence

s/Bruce M. Landon

Bruce M. Landon