**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

```
SOUTHEAST ALASKA CONSERVATION )
COUNCIL, et al,               )
         Plaintiff(s),        )
                              )
                              )   Case No. 1:06-cv-00005 JWS
v.                            )
                              )
U.S. FOREST SERVICE, et al,   )
                              )
         Defendant(s).        )
_____)
```

**NOTICE OF AND ORDER FOR
<u>SCHEDULING AND PLANNING CONFERENCE</u>
(Administrative Appeal)**

      In furtherance of the purposes of Rule 16, Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of this court,

      IT IS ORDERED:

      That <u>on or before twenty-one (21) days from the date of this order</u>:

      The parties shall confer with one another as to the following matters:

      (1)   for the purpose of agreeing upon a briefing schedule for this administrative appeal.

      (2)   the status of the administrative record, regarding its availability, completeness, and arrangements for filing the same with the clerk of court.  If not already accomplished, counsel shall make

    arrangements for appropriate pagination or other identification of the record in order that it may readily be referred to by the parties in their briefs.  Briefs which do not adequately reference the administrative record will be rejected.
(3) such matters as are appropriate to this case and report the same to the court.

<u>On or before twenty-eight (28) days from the date of this order:</u>

  The parties shall <u>jointly</u> file an appropriate pleading, reporting to the court the results of their conference as above detailed.

  DATED at Anchorage, Alaska, this 12th day of June, 2006.

              _____/s/_____
               JOHN W. SEDWICK
               United States District Judge