BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, SITKA CONSERVATION SOCIETY, TONGASS CONSERVATION SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, | |
| Plaintiff, | Case No. 1:06-CV-005   (JWS) |
| v. | |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. | |
| Defendant. | |

JOINT MOTION FOR STAY

The parties move jointly for an order staying this action until October 1, 2006, or

the date on which Judge Singleton issues his decision on plaintiffs' Motion for Equitable

Relief Pending Revision of the Tongass Land Management Plan in *Organized Village of*

*Kake v. United States Forest Service,* 1:04-cv-029 (JKS) (D. Alaska), or October 1, 2007, whichever occurs first.

This suit involves the Emerald Bay timber sale project. The stay is appropriate because plaintiffs have already sought injunctive relief against that project in *Organized Village of Kake.* Judge Singleton's decision on the Motion for Equitable Relief in that case could have a substantial impact on this case. The parties agree that it is not practical to formulate a scheduling report in this case prior to Judge Singleton's decision in *Organized Village of Kake.*

Within twenty-one days after the issuance of Judge Singleton's decision on the Motion for Equitable Relief in *Organized Village of Kake*, the parties will file a report to the Court setting forth their views on further proceedings in this action.

Counsel for plaintiffs has authorized the undersigned to represent that plaintiffs join in this motion. A proposed order accompanies this motion.

RESPECTFULLY SUBMITTED this 16th day of June, 2006, at Anchorage, Alaska.

            s/ Bruce M. Landon

            BRUCE M. LANDON
            U.S. Department of Justice
            Environment & Natural Resources Division
            801 B Street, Suite 504
            Anchorage, Alaska  99501-3657
            Telephone: (907) 271-5452
            Facsimile:  (907) 271-5827
            Email: bruce.landon@usdoj.gov

            Attorney for Defendants

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 16th day of June, 2006 a copy of the foregoing was served electronically to:

Thomas S. Waldo
Nathaniel S.W. Lawrence

Bruce M. Landon