BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, SITKA CONSERVATION SOCIETY, TONGASS CONSERVATION SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br>      Plaintiff, <br><br> v. <br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. <br><br>      Defendant. | Case No. 1:06-CV-005   (JWS) |

(PROPOSED) ORDER GRANTING STAY

  The parties' Joint Motion for Stay is GRANTED.  This action is stayed until Judge Singleton issues his decision on the Motion for Equitable Relief Pending Revision of the Tongass Land Management Plan in *Organized Village of Kake v. United States Forest Service,*

1:04-cv-0029 (JKS) (D. Alaska) or October 1, 2006, whichever occurs first.  Within 21 days after Judge Singleton issues his decision, the parties shall file a report setting forth their views on further proceedings in this action.


Dated:                                                              _____
                                                                    JOHN W. SEDWICK
                                                                    U.S. District Judge