Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
nlawrence@nrdc.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL,  SIERRA CLUB, THE WILDERNESS SOCIETY, SITKA CONSERVATION SOCIETY, TONGASS CONSERVATION SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. J06-0005 CV (JWS) |
| v. | )<br>)<br>) |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**AFFIDAVIT OF PROOF OF SERVICE**

*SEACC v. U.S. Forest Service*
J06-0005 CV (JWS)

I hereby certify that on March 28, 2006, I mailed copies of the COMPLAINT and SUMMONS via certified, return receipt requested, first-class mail, postage prepaid to the following persons listed below. Attached are the return receipt cards as proof of service for the following:

> Dennis E. Bschor, Regional Forester
> United States Forest Service
> P.O. Box 21628
> Juneau, AK 99802-1628
>
> Forrest Cole, Tongass National Forest Supervisor
> United States Forest Service
> 648 Mission Street, Federal Building
> Ketchikan, AK 99901-6591
>
> Alberto Gonzales, Attorney General
> Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530
>
> Civil Process Clerk
> 222 W 7th Avenue #9, Room 253
> Anchorage, AK 99513

In lieu of the return receipt card, I have attached the certified mail receipts and the U.S. Postal Service delivery records as proof of service for:

> United States Forest Service
> 1400 Independence Avenue, SW
> Washington, DC 20250
>
> United States Department of Agriculture
> 1400 Independence Avenue, SW
> Washington, DC 20250
>
> Mark Rey, Under Secretary of Agriculture
> United States Department of Agriculture
> 1400 Independence Avenue, SW
> Washington, DC 20250

Under penalty of perjury, I declare that the foregoing information is true and correct.

Date: June 16, 2006

*Sarah Saunders* (signature)
Sarah Saunders
Legal Assistant

## CERTIFICATE OF SERVICE

I, Thomas S. Waldo, certify that on June 16, 2006, a true and correct copy of AFFIDAVIT OF PROOF OF SERVICE, with accompanying attachments, was served electronically to Bruce Landon.

/s/ Thomas S. Waldo
Thomas S. Waldo

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Forrest Cole
   United States Forest Service
   648 Mission Street
   Federal Building
   Ketchikan, AK 99901-6591

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Sandra Meshew   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): S. MESHEW
C. Date of Delivery: 3/30/06

D. Is delivery address different from item 1? ☐ Yes   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 3150 0000 1966 3564

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dennis E. Bschor
   United States Forest Service
   P.O. Box 21628
   Juneau, AK 99802-1628

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X W. Jaenicke   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): W. Jaenicke
C. Date of Delivery: 3/29/06

D. Is delivery address different from item 1? ☐ Yes   ☒ No
   If YES, enter delivery address below:
   Alaska Regional Forester

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 3150 0000 1966 3557

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales
Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
MAR 8 1 200_

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
222 W 7th Avenue #9, Room 253
Anchorage, AK 99513

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
J Lilo                         3/31/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7002 3150 0000 1966 3540

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7002 3150 0000 1966 1492**
Status: **Delivered**

Your item was delivered at 8:34 am on April 03, 2006 in WASHINGTON, DC 20250. The item was signed for by R GEST. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

**Track & Confirm**
Enter Label/Receipt Number.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do      6/9/2006



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 3150 0000 1966 4660**
Detailed Results:

- **Delivered, May 10, 2006, 11:22 am, WASHINGTON, DC 20250**
- **Arrival at Unit, May 10, 2006, 7:28 am, WASHINGTON, DC 20022**
- **Acceptance, May 05, 2006, 11:42 am, JUNEAU, AK 99801**

( < Back )    ( Return to USPS.com Home > )

### Track & Confirm
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.59 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.84 |

Postmark Here — JUNEAU AK MAR 9 2006 USPS

Sent To: United States Forest Service
Street, Apt. No.; or PO Box No.: 201 14th Street SW
City, State, ZIP+4: Washington, DC 20024

PS Form 3800, June 2002                See Reverse for Instructions

7002 3150 0000 1966 4660



Home | Help

---

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7002 3150 0000 1966 3571**
Status: **Delivered**

Your item was delivered at 7:35 am on April 10, 2006 in WASHINGTON, DC 20250. The item was signed for by H POWELL. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  ( ? )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

---

POSTAL INSPECTORS     site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

