Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
nlawrence@nrdc.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL,  SIERRA CLUB, THE WILDERNESS SOCIETY, SITKA CONSERVATION SOCIETY, TONGASS CONSERVATION SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. <br><br> Defendants. | Case No. J06-0005 CV (JWS) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT**

*SEACC v. U.S. Forest Service*
J06-0005 CV (JWS)

The parties move jointly for an extension of time to November 6, 2006, to file their report setting forth their views on further proceedings in this action, as required by this Court's order at Docket No. 11. On September 29, 2006, Judge Singleton issued his decision on the Motion for Equitable Relief Pending Revision of the Tongass Land Management Plan in *Organized Village of Kake v. United States Forest Service*, 1:04-cv-0029 (JKS) (D. Alaska), which had the effect of terminating the stay of proceedings in the present action under this Court's order at Docket No. 11. The parties seek this extension because they have been engaged in settlement discussions relating to the September 29 decision in *Organized Village of Kake* and possible appeals thereof. Those continuing discussions could have an impact on the parties' views of what further proceedings will be necessary.

Counsel for defendants has authorized the undersigned to file this motion as the joint motion of the parties.

A proposed order accompanies this joint motion.

Respectfully submitted this 20th day of October, 2006,

  /s/ Thomas S. Waldo

Thomas S. Waldo (ABA# 9007047)
Eric P. Jorgensen (ABA# 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Thomas S. Waldo, certify that on October 20, 2006, a true and correct copy of JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT, with accompanying attachments, was served electronically to Bruce Landon.


/s/ Thomas S. Waldo

Thomas S. Waldo