IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, THE SIERRA CLUB, THE WILDERNESS SOCIETY, SITKA CONSERVATION SOCIETY, TONGASS CONSERVATION SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) Case No. J06-0005 CV (JWS) ) |
| v. | ) ) |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING EXTENSION OF TIME TO FILE STATUS REPORT**

The parties' Joint Motion for Extension of Time to File Status Report is **GRANTED**.

The parties shall file a report no later than **November 6, 2006**, setting forth their views on further proceedings in this action.

Dated: 10/24/2006                              /s/
                                        JOHN W. SEDWICK
                                        U.S. District Court Judge