BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, SITKA CONSERVATION SOCIETY, TONGASS CONSERVATION SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br>                Plaintiff, <br><br>   v. <br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. <br><br>                Defendant. | Case No. 1:06-CV-005   (JWS) |

JOINT MOTION FOR SECOND EXTENSION OF TIME TO FILE STATUS REPORT

The parties move jointly for an extension of time to December 22, 2006, to file their report setting forth their views on further proceedings in this action, as required by this Court's order at Docket No. 15. The parties seek this extension because they have been engaged in settlement discussions

relating to the September 29 decision in *Organized Village of Kake v. United States Forest Service,* 1:04-cv-0029 (JKS)(D.Alaska), and possible appeals thereof. Those continuing discussions could have an impact on the parties' views of what further proceedings will be necessary.

Counsel for the plaintiffs has authorized the undersigned to file this motion as the joint motion of the parties.

Respectfully submitted this 8th day of December, 2006.

                                        s/Bruce M. Landon
                                        BRUCE M. LANDON
                                        U.S. Department of Justice
                                        Environment & Natural Resources Division
                                        801 B Street, Suite 504
                                        Anchorage, Alaska  99501-3657
                                        Telephone: (907) 271-5452
                                        Facsimile:  (907) 271-5827
                                        Email: bruce.landon@usdoj.gov

                                        Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of   December, 2006, a copy of the foregoing JOINT MOTION FOR SECOND EXTENSION OF TIME TO FILE STATUS REPORT and a Proposed Order were served electronically to:

Thomas S. Waldo
Eric P. Jorgensen
Nathaniel S.W. Lawrence


s/Bruce M. Landon
Bruce M. Landon