IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, SITKA CONSERVATION SOCIETY, TONGASS CONSERVATION SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>          Plaintiff,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>          Defendant. | Case No. 1:06-CV-00005  (JWS) |

ORDER

The parties' Joint Motion for Extension of Time to File Status Report is **GRANTED**. The parties shall file a report no later than **April 6, 2007**, setting forth their views on further proceedings in this action.

Dated: March 20, 2007　　　　　　　　　　　　　/s/ JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE