Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, SITKA CONSERVATION SOCIETY, TONGASS CONSERVATION SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. <br><br> Defendants. | Case No. J06-0005 CV (JWS) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT**

*SEACC v. U.S. Forest Service*
J06-0005 CV (JWS)

The parties move jointly for an extension of time to May 25, 2007, to file their report on what further proceedings, if any, are necessary to conclude this action. The parties seek this extension because they have been engaged in settlement discussions relating to this Court's decision of September 29 in *Natural Resources Defense Council v. United States Forest Service*, 1:03-cv-0029 (JKS) (D. Alaska), and the appeals thereof. The parties have reached a settlement in principle and expect to have signatures from all parties on a final agreement by early next week. The parties expect to file a motion to approve the settlement agreement in this case within the next few weeks, after obtaining a remand order from the court of appeals in *Natural Resources Defense Council*. That motion, if granted, would terminate this litigation.

Counsel for defendants has authorized the undersigned to file this motion as the joint motion of the parties.

Respectfully submitted this 6th day of April, 2007,

      /s/ Thomas S. Waldo

Thomas S. Waldo (ABA# 9007047)
Eric P. Jorgensen (ABA# 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Thomas S. Waldo, certify that on April 6, 2007, a true and correct copy of JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT, with accompanying attachment, was served electronically to Bruce Landon.


/s/ Thomas S. Waldo

Thomas S. Waldo