IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, SITKA CONSERVATION SOCIETY, TONGASS CONSERVATION SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Case No. J06-0005 CV (JWS) ) ) ) ) ) ) ) ) ) ) ) ) |

**(PROPOSED) ORDER GRANTING EXTENSION OF TIME
TO FILE STATUS REPORT**

The parties' Joint Motion for Extension of Time to File Status Report is GRANTED.

The parties shall file a report no later than May 25, 2007, setting forth their views on further proceedings in this action.

Dated:_____          _____
                                          JOHN W. SEDWICK
                                          U.S. District Court Judge

*SEACC v. U.S. Forest Service*
J06-0005 CV (JWS)