IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, SITKA CONSERVATION SOCIETY, TONGASS CONSERVATION SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>     Plaintiffs,<br><br>          v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>     Defendants. | Case No. J06-0005 CV (JWS) |

**ORDER GRANTING EXTENSION OF TIME
TO FILE STATUS REPORT**

The parties' Joint Motion for Extension of Time to File Status Report is GRANTED. The parties shall file a report no later than **May 25, 2007**, setting forth their views on further proceedings in this action.


Dated: April 9, 2007                    /s/ JOHN W. SEDWICK
                                                       U.S. District Court Judge


*SEACC v. U.S. Forest Service*
J06-0005 CV (JWS)