IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, SITKA CONSERVATION SOCIETY, TONGASS CONSERVATION SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, ) ) ) ) ) ) ) |   |
| Plaintiffs, | ) Case No. 1:06-CV-005(JWS) |
| v. | ) ) |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

(PROPOSED) FINAL JUDGMENT

Plaintiffs brought this action challenging the revision of the Tongass Land Management Plan (TLMP) and the Emerald Bay Timber Sale Project, alleging violations of the National Environmental Policy Act (NEPA), 42 U.S.C. § 4321 *et seq.*, the National Forest Management Act, 16 U.S.C. § 1601 *et seq.*, the Clean Water Act, 33 U.S.C. § 1323(a), and the Administrative Procedure Act (APA), 5 U.S.C. § 701 *et seq.*  Counts I, II, III, and X of the Complaint are essentially identical to Counts I – IV in *Natural Resources Defense Council v. United States Forest Service,* 421 F.3d 797 (9th Cir. 2005).  Counts IV through IX are based on alleged defects in the Emerald Bay Final Environmental Impact Statement and Record of Decision.  The parties

have not litigated these issues in this Court. The parties have settled the remedy issues on remand in *Natural Resources Defense Council*. The court has approved that settlement and issued an order dismissing the remedy claims and Counts IV through IX. The only matter remaining in this action is to issue a final judgment on the merits of Counts I, II, III, and X, consistent with the Ninth Circuit's decision.

Accordingly, it is DECLARED, ORDERED and ADJUDGED

Judgment on the merits is granted to plaintiffs on Counts I, II, and III of the Complaint in accordance with the terms of the decision of the Ninth Circuit in *Natural Resources Defense Council v. United States Forest Service,* 421 F.3d 797 (9th Cir. 2005). In accordance with footnote 25 of the Ninth Circuit's decision, it is unnecessary to address Count X of the Complaint.

Dated:_____          _____
                                       JOHN W. SEDWICK
                                       U.S. District Judge