
BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, SITKA CONSERVATION SOCIETY, TONGASS CONSERVATION SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>        Defendant. | Case No. 1:06-CV-005(JWS) |

**(PROPOSED) ORDER OF DISMISSAL**

Counts I, II, III, and X of the Complaint in this action are essentially identical to

the Counts I – IV in *Natural Resources Defense Council v. United States Forest Service,*

421 F.3d 797 (9th Cir. 2005).  Counts IV through IX of the Complaint are based on

SEACC et al., v. US Forest Service, et al.    1
Case No. 1:06-cv-0005 (JWS)
(Proposed) Order of Dismissal

alleged defects in the Emerald Bay Final Environmental Impact Statement and Record of Decision.  The parties have reached a settlement agreement regarding the appropriate remedy for the claims decided in *Natural Resources Defense Council*.  The settlement agreement requires the Forest Service to withdraw the Emerald Bay Record of Decision.  The parties have jointly moved for approval of the settlement agreement and entry of this Order of Dismissal.

The settlement agreement attached hereto is approved.  All remedy claims as to Counts I, II, III, and X in this action are hereby dismissed.  Counts IV through IX are dismissed without prejudice to re-filing if the Forest Service reinstates the Emerald Bay Record of Decision or issues any other decision document based on the Emerald Bay Final Environmental Impact Statement.

Notwithstanding the dismissal of the remedy claims and of Counts IV through IX in this action, this Court shall retain jurisdiction to enforce the terms of the settlement agreement.  In the event of a disagreement between the parties concerning any aspect of the settlement agreement, the dissatisfied party shall provide the other parties with written notice of the dispute and a request for negotiations.  The parties shall meet and confer in order to attempt to resolve the dispute within seven days of the written notice, or at such time thereafter as is mutually agreed. If they are unable to resolve the dispute within fifteen days of such meeting, then either party may file a motion to enforce the terms of the settlement agreement or for other specific relief.  However, should it appear that irreparable harm is ongoing or is likely to occur within thirty days from the time a party learns of such harm, the party may, after providing written notice to the other parties, file a motion to enforce the provisions of the settlement agreement without

complying with the discussion and resolution provisions of this order. Contempt of court is not an available remedy under the settlement agreement or this Order of Dismissal.

DATED:_____       _____
                                   JOHN W. SEDWICK
                                   United States District Judge